Jeannine Yoo Sano (174190)
jsano@whitecase.com
Allen Wang (270785)
awang@whitecase.com
White & Case LLP
3000 El Camino Real
Five Palo Alto Square, 9th Floor
Palo Alto, CA 94306-2109
Telephone: (650) 213-0356
Facsimile: (650) 213-8158

Attorneys for Plaintiff
AUTODESK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH ALTER and<br>JOSEPH ALTER, INC.,<br><br>　　　　　Defendants. | Case No. 3:16-cv-04722<br><br>**NOTICE OF PENDENCY OF OTHER ACTION INVOLVING SAME PATENT** |

　　　　Pursuant to Civil Local Rule 3-13, Plaintiff Autodesk, Inc. hereby notifies the Court that another case involving the same patent-in-suit, U.S. Patent No. 6,720,962 ("'962 patent"), and some of the same parties as the present action is pending in the Central District of California. *See Alter v. The Walt Disney Co.*, Case No. 16-cv-6644-DMG-E; *see also* Autodesk Compl. ¶¶ 14-16, 27-36, ECF No. 1. Joseph Alter and Joseph Alter, Inc., Defendants in this action, filed an action in Los Angeles Superior Court alleging breach of a settlement and license agreement involving the '962 patent, *see* Autodesk Compl., ECF No. 1 ¶ 16, among other related claims, which was subsequently removed to the Central District of California. *See Alter v. The Walt Disney Co.*, Case No. 16-cv-6644-DMG-E, ECF Nos. 6, 18. The Walt Disney Co. ("Disney") has moved to stay that action pending the outcome of the present action, *see id.*, ECF No. 14, and the parties to

that action have also stipulated to an extension of time for Disney to respond to Alter's complaint in that action until November 18, 2016. *See id.*, ECF No. 16.

Autodesk agrees with Disney that the action between Alter and Disney in the Central District of California should be stayed pending the outcome of this action to avoid conflict, conserve resources, and promote efficient determination of both actions. In view of the facts stated in Autodesk's Complaint, transfer of this action pursuant to 28 U.S.C. § 1407 would not be appropriate. Autodesk will file its response to Alter's motion to dismiss or stay the present action, *see* ECF No. 14, in accordance with the applicable requirements of the Court's Standing Order and the Local Rules of this Court.

Dated: October 4, 2016

Respectfully submitted,

By: */s/ Jeannine Sano*
    Jeannine Sano

Counsel for Plaintiff
AUTODESK, INC.