UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AUTODESK, INC., | Case No. 3:16-cv-04722-WHO |
|---|---|
| Plaintiff-Counterdefendant, | **JUDGMENT** |
| v. | |
| JOSEPH ALTER, INC. and JOSEPH ALTER, | The Honorable William H. Orrick |
| Defendants-Counterplaintiffs. | |

In accordance with the Court's March 15, 2018 Order Regarding Cross-Motions for Summary Judgment, IT IS HEREBY ORDERED THAT Final Judgment is entered in favor of Plaintiff-Counterdefendant Autodesk, Inc., and against Defendants-Counterplaintiffs Joseph Alter, Inc. and Joseph Alter, on the following counts:

- Autodesk's First Count (Declaration of License, Release, and/or Covenant); and
- Alter's First Count (Declaratory Judgment of No License, Release, or Covenant-not-to-Sue relating to the '962 Patent in favor of Autodesk).

Based only on the entry of Final Judgment on Autodesk's First Count seeking a Declaration of License, Release, and/or Covenant, Final Judgment is entered in favor of Plaintiff-Counterdefendant Autodesk, Inc., and against Defendants-Counterplaintiffs Joseph Alter, Inc. and Joseph Alter also on Autodesk's Second Count (Declaration of Non-Infringement of the '962 Patent) and Alter's Second Count (Infringement of the '962 Patent by Autodesk). The Court has not adjudicated the moot issue of whether any Autodesk products practice any claim of the '962 Patent.

**IT IS SO ORDERED.**

DATED: September 14, 2018

HON. WILLIAM H. ORRICK
United States District Judge